# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (San Francisco Division)

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | CASE NO. C11-02042 MMC |
| Plaintiff, | **ORDER APPROVING** |
| vs. | **STIPULATION THAT BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED PURSUANT TO FRCP RULE 42(a) AND LOCAL RULE 3-12 SHOULD BE GRANTED** |
| THE COCA-COLA COMPANY and DOES 1-50, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record herein, that Defendant BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES' administrative motion to consider whether cases should be related and consolidated pursuant to Federal Rule of Civil Procedure Rule 42(a) and Local Rule 3-12 should be granted. The parties hereby stipulate that the following cases should be deemed related and reassigned to the Honorable Maxine M. Chesney:

Earliest Filed Case/
Highest case number:         **Farmers Ins. Exchange v. Coca-Cola Co.**
                             **Case number: CV 11-02424 PJH**

First Related Case/
Lowest case number:          **Farmers Ins. Exchange v. Coca-Cola Co.**
                             **Case number: CV 11-02042 MMC**

Second Related Case:         **CNA Ins. Co. v. Coca-Cola Co.**
                             **Case Number: CV 11-02075 SBA**

Third Related Case:          **Abai Alemu v. Coca-Cola Co.**
                             **Case Number: CV 11-02323 WHA**

---

**FARMERS v. COCA-COLA, ET AL.**                              **CASE NO.: C11-02042 MMC**

1  **SO STIPULATED.**

2                                                    **ALPER & McCULLOCH**

3  DATED: June 23, 2011           By:     /s/ **DEAN ALPER**
4                                          DEAN ALPER
                                           Attorneys for Plaintiff
5                                          FARMERS INSURANCE EXCHANGE

6

7                                                    **RIMAC MARTIN, P.C.**

8  DATED: June 23, 2011      By:          /s/ **ANNA M. MARTIN**
9                                          ANNA M. MARTIN
                                           Attorney for Defendants
10                                         BCI COCA-COLA BOTTLING COMPANY OF
                                           LOS ANGELES (improperly sued herein as THE
11                                         COCA-COLA COMPANY)

12
                                                    **COZEN O'CONNOR**
13

14 DATED: June 23, 2011           By:      /s/ **DAVID BRISCO**
                                           DAVID BRISCO
15                                         Attorneys for Plaintiff
                                           CNA INSURANCE COMPANY
16

17                                                  **WILSON, ELSER, MOSKOWITZ, EDELMAN
                                                    & DICKER**
18

19
   DATED: June 23, 2011           By:      /s/ **ERIC S. WONG**
20                                         ERIC S. WONG
                                           Attorneys for Defendant
21                                         TRUE MANUFACTURING

22
                                                    **LIBERSON & WOLFORD LLP**
23

24
   DATED: June 23, 2011           By:      /s/ **JASON N. LIBERSON**
25                                         JASON LIBERSON
                                           Attorneys for Plaintiffs
26                                         ABAI ALEMU and ZAFU BELETE

27

28
                                           2

---

**FARMERS v. COCA-COLA, ET AL.**                              **CASE NO.: C11-02042 MMC**

**IT IS SO ORDERED**: Specifically, the above-referenced four cases are related and consolidated. In connection with the Initial Case Management Conference, the parties shall include in their Joint Case Management Statement a proposal for the filing of documents in said cases.

DATED: June 23, 2011

_____
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE