United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAI ALEMU, et al., | No. C-11-2323 MMC |
| Plaintiffs, | **ORDER DIRECTING DEFENDANT BCI COCA-COLA BOTTLING COMPANY TO SUBMIT CHAMBERS COPY OF DOCUMENTS** |
| v. | |
| COCA COLA ENTERPRISES, INC., et al., | |
| Defendants. / | |

On June 27, 2011, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant BCI Cola-Cola Bottling Company of Los Angeles, Inc. to submit forthwith a chambers copy of each of the following documents it has electronically filed:

(1) Notice of Removal, filed May 11, 2011; and

(2) Answer, filed June 14, 2011; and

**IT IS SO ORDERED.**

Dated: July 5, 2011

MAXINE M. CHESNEY
United States District Judge