| | |
|---|---|
| 1 | **LIBERSON & WOLFORD LLP** |
| 2 | JASON N. WOLFORD, ESQ. - State Bar No. 194177<br>1010 B Street, Suite 300 |
| 3 | San Rafael, CA 94901<br>Telephone (415) 729-5529 |
| 4 | Facsimile (415) 578-2413 |
| 5 | Attorney for Plaintiffs<br>ABAI ALEMU and ZAFU BELETE |
| 6 | **WILSON, ELSER, MOSKOWITZ,** |
| 7 | **EDELMAN & DICKER LLP**<br>MICHAEL W. BOLECHOWSKI, ESQ. - State Bar No. 118725 |
| 8 | ERIC S. WONG, ESQ. - State Bar No. 197310<br>525 Market Street, 17th Floor |
| 9 | San Francisco, CA 94105-2725<br>Telephone: (415) 433-0990 |
| 10 | Facsimile: (415) 434-1370 |
| 11 | Attorney for Defendant<br>TRUE MANUFACTURING COMPANY |
| 12 | **RIMAC MARTIN, P.C.** |
| 13 | ANNA M. MARTIN - State Bar No. 154279<br>WILLIAM REILLY - State Bar No. 177550 |
| 14 | MATTHEW HICKEY - State Bar No. 239364<br>1051 Divisadero Street |
| 15 | San Francisco, California 94115<br>Telephone (415) 561-8440 |
| 16 | Facsimile (415) 561-8430<br>amartin@rimacmartin.com |
| 17 | Attorneys for Defendants |
| 18 | BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

-1-

ALEMU v. COCA-COLA, ET AL.                                    CASE NO.: C11-02323 MMC

| ABAI ALEMU and ZAFU BELETE, | ) CASE NO. C11-02323 MMC |
|---|---|
| Plaintiffs, | ) |
| vs. | ) STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| COCA COLA ENTERPRISES, INC; COCA COLA COMPANY, TRUE MANUFACTURING CO., and DOES 1 through 50, inclusive, | ) AND ORDER THEREON |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for August 5, 2010 at 10:30 a.m., before the Honorable Maxine M. Chesney, be continued for approximately 30 days.

Good cause exists for this continuance as counsel for BCI Coca-Cola Bottling Company of Los Angeles will be out of the country during the time period originally scheduled for the Case Management Conference. Further, the parties involved in all consolidated matters have stipulated to the continuance of the Case Management Conference in those matters.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has signed this document; and (3) the signed document is available for inspection upon request.

**SO STIPULATED.**

DATED: June 12, 2011     By:     /s/ ERIC S. WONG

ERIC S. WONG

Attorneys for Defendant

TRUE MANUFACTURING

|    |                           |     |                                      |
|----|---------------------------|-----|--------------------------------------|
| 1  |                           |     | LIBERSON & WOLFORD LLP               |
| 4  | DATED: June 12, 2011      | By: | /s/ JASON N. LIBERSON                |
| 5  |                           |     | JASON LIBERSON                       |
| 6  |                           |     | Attorneys for Plaintiffs             |
| 7  |                           |     | ABAI ALEMU and ZAFU BELETE           |
| 9  |                           |     | **RIMAC MARTIN, P.C.**               |
| 12 | DATED:  July 12, 2011     | By: | /s/ ANNA M. MARTIN                   |
| 13 |                           |     | ANNA M. MARTIN                       |
| 14 |                           |     | BCI COCA-COLA BOTTLING COMPANY OF    |
| 15 |                           |     | LOS ANGELES                          |

17 **IT IS SO ORDERED**:   Specifically, the Case Management Conference is continued from August 5, 2011 to September 9, 2011.  A Joint Case Management Statement shall be filed no later than September 2, 2011.

21  DATED: ~~June 8, 2011~~            By:    [signature]
22           July 15, 2011                    The Honorable Maxine M. Chesney
23                                            UNITED STATES DISTRICT JUDGE