E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABAI ALEMU, et al.,

        Plaintiff(s),                NO. C- 11 - 2323   MMC

vs.

                                      **PRETRIAL PREPARATION ORDER**

COCA-COLA ENTERPRISES,

        Defendant(s).

_____/

       It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE: Monday,  October 22, 2012   at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be   5 to 8   days.

DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF :  May 11, 2012   .

DESIGNATION OF EXPERTS:

       Plaintiff/Defendant:  No later than   June 1, 2012  .
       Plaintiff/Defendant: Rebuttal no later than  June 15, 2012  .

       Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF :  July 6, 2012 .

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than __July 20, 2012__, and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge __Joseph C. Spero__ and scheduled to take place in January 2012.

PRETRIAL CONFERENCE DATE: __October 9, 2012__ at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.** Counsel shall be prepared to discuss all aspects of the case, including settlement. Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5): Lead trial counsel shall meet and confer no later than __September 4, 2012__.

FURTHER STATUS CONFERENCE: Friday, __July 20, 2012__ at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday, __July 13, 2012__.

ADDITIONAL ORDERS:

> Initial disclosures and document production due by October 1, 2011.
>
> Depositions of plaintiffs and plaintiff's accountants to be completed by November 15, 2011.
>
> Jury Selection: October 18, 2012 at 9:00 a.m.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED: __September 9, 2011__

_Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge

(Revised 9/2010)