1  MICHAEL W. BOLECHOWSKI (State Bar No. 118725)
   ERIC S. WONG (State Bar No. 197310)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Defendant,
6  TRUE MANUFACTURING CO.

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | ABAI ALEMU and ZAFU BELETE, ) Case No. C 11-02323 MMC
                                 ) Consolidated With Case
12 |           Plaintiff,         ) C:11-02042 MMC and C11 02075 MMC
                                 )
13 |    v.                        ) **STIPULATION AND ORDER RE:**
                                 ) **APRIL 18, 2012 MANDATORY**
14 | COCA COLA ENTERPRISES, INC.; COCA COLA ) **SETTLEMENT CONFERENCE DATE**
   | COMPANY, TRUE MANUFACTURING CO., and )
15 | DOES 1 through 50, inclusive, ) Action Removed: May 11, 2011
                                 ) The Hon. Maxine M. Chesney
16 |           Defendants.        )
                                 )
17 | _____)

18

19     **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

20 attorneys of record herein, and pursuant to this Court's Order dated March __22__, 2012, that the

21 Mandatory Settlement Conference in the above-entitled action shall be held on Wednesday, April

22 18, 2012 at 9:30 a.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco,

23 California before Magistrate Joseph C. Spero; Settlement Conference Statements shall be filed 10

24 calendar days prior to the conference, or no later than Friday, April 6, 2012.

                                           **DENIED**
25     On March __22__, 2012, this Court ~~granted~~ the parties' stipulation and request to continue the

26 April 5, 2012 Mandatory Settlement Conference to April 18, 2012. Attached to this Stipulation and

27

28

                                                    CASE NO. C 11-02323 MMC
850357.1

1   Order is a true and correct copy of the Order granting the parties stipulation and request for a
2   continuance.
3       Pursuant to local rules this document is being electronically filed through the Court's ECF
4   System.  In this regards, counsel for defendant True Manufacturing hereby attests that: (1) the
5   contents of this document is acceptable to all persons required to sign the document; (2) plaintiffs'
6   counsel have signed this document; and (3) the signed document is available upon inspection.

7   Dated: March 19, 2012                **WILSON, ELSER, MOSKOWITZ,**
                                          **EDELMAN & DICKER LLP**
8

9
                                          By: **/S/ MICHAEL W. BOLECHOWSKI**
10                                             MICHAEL W. BOLECHOWSKI
                                               Attorneys for Defendant
11                                             TRUE MANUFACTURING CO.

12

13  Dated: March 19, 2012                **RIMAC MARTIN, P.C.**

14

15                                        By: **/S/ ANNA M. MARTIN**
                                               ANNA M. MARTIN
16                                             Attorneys for Defendant
                                               BCI COCA-COLA BOTTLING
17                                             COMPANY OF LOS ANGELES,
                                               (erroneously sued herein as THE COCA-
18                                             COLA COMPANY)

19
20  Dated: March 19, 2012                **COZEN O'CONNOR**

21
22                                        By: **/S/ DAVID BRISCO**
                                               DAVID BRISCO
23                                             Attorneys for Plaintiff
                                               CNA INSURANCE

24  ///
25  ///
26  ///
27
                                          2
28  STIPULATION AND ORDER RE: APRIL 18, 2012 MANDATORY SETTLEMENT CONFERENCE DATE

850357.1

Dated: March 19, 2012       LAW OFFICE OF JASON WOLFORD

By: /S/ JASON N. WOLFORD
JASON N. WOLFORD
Attorneys for Plaintiffs
Abai Alemu and Zafu Belete

Dated: March 19, 2012       ALPER & McCULLOCH

By: /S/ DEAN ALPER
DEAN ALPER
Attorneys for Plaintiff
FARMERS INSURANCE EXCHANGE

**IT IS SO ORDERED.**

Dated: March 22, 2012

DENIED

The Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

---

3
STIPULATION AND ORDER RE: APRIL 18, 2012 MANDATORY SETTLEMENT CONFERENCE DATE

850357.1

**PROOF OF SERVICE**
*Alemu, et al. v. Coca Cola Enterprises, et al.*
United States District Court for the Northern District of California
Case No. C 11-02323 MMC Consolidated With 3:11-cv-02323 MMC

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION AND ORDER RE: APRIL 18, 2012 MANDATORY SETTLEMENT CONFERENCE DATE**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒ : **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

| | |
|---|---|
| Jason N. Wolford, Esq. | Anna M. Martin, Esq. |
| Law Office of Jason Wolford | William Reilly, Esq. |
| 101 Tunstead Avenue | Rimac Martin |
| San Anselmo, CA 94960 | 1051 Divisadero Street |
| 415-729-5529 Telephone | San Francisco, CA 94115 |
| 415-524-4853 Facsimile | 415-561-8440 Telephone |
| Attorneys for Plaintiffs, | 415-561-8430 Facsimile |
| Abai Alemu and Zafu Belete | Attorneys for Defendant, |
| | BCI Coca-Cola Bottling Company of Los Angeles |

4
STIPULATION AND ORDER RE: APRIL 18, 2012 MANDATORY SETTLEMENT CONFERENCE DATE

850357.1

| | |
|---|---|
| David Brisco, Esq.<br>Cozen O'Connor<br>501 West Broadway, Suite 610<br>San Diego, CA 92101<br>619-234-1700 Telephone<br>619-234-7831 Facsimile<br>Attorneys for Plaintiff,<br>CNA Insurance Company | Dean A. Alpers, Esq.<br>Alpers & McCullock<br>100 Drakes Landing Road, Suite 160<br>Greenbrae, CA 94904-3130<br>415-785-8814 Telephone<br>415-785-8831 Facsimile<br>Attorneys for Plaintiff,<br>Farmers Insurance Exchange |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on March 19, 2012 at San Francisco, California.

_____
Dorothy A. Marsh

---

5
STIPULATION AND ORDER RE: APRIL 18, 2012 MANDATORY SETTLEMENT CONFERENCE DATE

850357.1