1  MICHAEL W. BOLECHOWSKI (State Bar No. 118725)
   ERIC S. WONG (State Bar No. 197310)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Defendant,
6  TRUE MANUFACTURING CO.

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ABAI ALEMU and ZAFU BELETE, | ) | Case No. C 11-02323 MMC |
|----|---|---|---|
| 12 | Plaintiff, | ) ) ) | Consolidated With Case C:11-02042 MMC and C11 02075 MMC |
| 13 | v. | ) ) | **STIPULATION AND ORDER RE: APRIL 18, 2012 MANDATORY** |
| 14 | COCA COLA ENTERPRISES, INC.; COCA COLA COMPANY, TRUE MANUFACTURING CO., and | ) ) ) | **SETTLEMENT CONFERENCE DATE** |
| 15 | DOES 1 through 50, inclusive, | ) ) | Action Removed: May 11, 2011 The Hon. Maxine M. Chesney |
| 16 | Defendants. | ) ) | |
| 17 | | ) | |

18

19      **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

20  attorneys of record herein, and pursuant to this Court's Order dated March __22__, 2012, that the

21  Mandatory Settlement Conference in the above-entitled action shall be held on Wednesday, April

22  18, 2012 at 9:30 a.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco,

23  California before Magistrate Joseph C. Spero; Settlement Conference Statements shall be filed 10

24  calendar days prior to the conference, or no later than Friday, April 6, 2012.

                                        DENIED
25      On March __22__, 2012, this Court ~~granted~~ the parties' stipulation and request to continue the

26  April 5, 2012 Mandatory Settlement Conference to April 18, 2012. Attached to this Stipulation and

27

28

850357.1                                                          CASE NO. C 11-02323 MMC

Order is a true and correct copy of the Order granting the parties stipulation and request for a continuance.

Pursuant to local rules this document is being electronically filed through the Court's ECF System. In this regards, counsel for defendant True Manufacturing hereby attests that: (1) the contents of this document is acceptable to all persons required to sign the document; (2) plaintiffs' counsel have signed this document; and (3) the signed document is available upon inspection.

Dated: March 19, 2012

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /S/ MICHAEL W. BOLECHOWSKI
MICHAEL W. BOLECHOWSKI
Attorneys for Defendant
TRUE MANUFACTURING CO.

Dated: March 19, 2012

**RIMAC MARTIN, P.C.**

By: /S/ ANNA M. MARTIN
ANNA M. MARTIN
Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, (erroneously sued herein as THE COCA-COLA COMPANY)

Dated: March 19, 2012

**COZEN O'CONNOR**

By: /S/ DAVID BRISCO
DAVID BRISCO
Attorneys for Plaintiff
CNA INSURANCE

///
///
///

2
STIPULATION AND ORDER RE: APRIL 18, 2012 MANDATORY SETTLEMENT CONFERENCE DATE

850357.1

| | | |
|---|---|---|
| Dated: March 19, 2012 | | **LAW OFFICE OF JASON WOLFORD** |
| | By: | /S/ JASON N. WOLFORD |
| | | JASON N. WOLFORD |
| | | Attorneys for Plaintiffs |
| | | Abai Alemu and Zafu Belete |
| Dated: March 19, 2012 | | **ALPER & McCULLOCH** |
| | By: | /S/ DEAN ALPER |
| | | DEAN ALPER |
| | | Attorneys for Plaintiff |
| | | FARMERS INSURANCE EXCHANGE |

**IT IS SO ORDERED.**

Dated: March 22, 2012

DENIED

Judge Joseph C. Spero

The Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

---

3
STIPULATION AND ORDER RE: APRIL 18, 2012 MANDATORY SETTLEMENT CONFERENCE DATE

850357.1

**PROOF OF SERVICE**
*Alemu, et al. v. Coca Cola Enterprises, et al.*
United States District Court for the Northern District of California
Case No. C 11-02323 MMC Consolidated With 3:11-cv-02323 MMC

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION AND ORDER RE: APRIL 18, 2012 MANDATORY SETTLEMENT CONFERENCE DATE**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐: **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐: **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐: **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

| | |
|---|---|
| Jason N. Wolford, Esq.<br>Law Office of Jason Wolford<br>101 Tunstead Avenue<br>San Anselmo, CA 94960<br>415-729-5529 Telephone<br>415-524-4853 Facsimile<br>Attorneys for Plaintiffs,<br>Abai Alemu and Zafu Belete | Anna M. Martin, Esq.<br>William Reilly, Esq.<br>Rimac Martin<br>1051 Divisadero Street<br>San Francisco, CA 94115<br>415-561-8440 Telephone<br>415-561-8430 Facsimile<br>Attorneys for Defendant,<br>BCI Coca-Cola Bottling Company of Los Angeles |

| | |
|---|---|
| David Brisco, Esq.<br>Cozen O'Connor<br>501 West Broadway, Suite 610<br>San Diego, CA 92101<br>619-234-1700 Telephone<br>619-234-7831 Facsimile<br>Attorneys for Plaintiff,<br>CNA Insurance Company | Dean A. Alpers, Esq.<br>Alpers & McCullock<br>100 Drakes Landing Road, Suite 160<br>Greenbrae, CA 94904-3130<br>415-785-8814 Telephone<br>415-785-8831 Facsimile<br>Attorneys for Plaintiff,<br>Farmers Insurance Exchange |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on March 19, 2012 at San Francisco, California.

_____
Dorothy A. Marsh

---

5
STIPULATION AND ORDER RE: APRIL 18, 2012 MANDATORY SETTLEMENT CONFERENCE DATE

850357.1