| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.** |
| | ANNA M. MARTIN - State Bar No. 154279 |
| 2 | JOSEPH F. CHARLES - State Bar No. 228456 |
| | 1051 Divisadero Street |
| 3 | San Francisco, California 94115 |
| | Telephone (415) 561-8440 |
| 4 | Facsimile (415) 561-8430 |
| 5 | Attorneys for Defendants |
| | BCI COCA-COLA BOTTLING COMPANY |
| 6 | OF LOS ANGELES (improperly sued as |
| | THE COCA-COLA COMPANY |
| 7 | |
| | **LAW OFFICE OF JASON WOLFORD** |
| 8 | JASON N. WOLFORD, ESQ. - State Bar No. 194177 |
| | 101 Tunstead Avenue |
| 9 | San Anselmo, CA 94960 |
| | Telephone (415) 729-5529 |
| 10 | Facsimile (415) 524-4853 |
| 11 | Attorneys for Plaintiffs |
| | ABAI ALEMU and ZAFU BELETE |
| 12 | |
| 13 | **WILSON, ELSER, MOSKOWITZ,** |
| | **EDELMAN & DICKER LLP** |
| | MICHAEL BOLECHOWSKI, ESQ. - State Bar No. 118725 |
| 14 | ERIC S. WONG, ESQ. - State Bar No. 197310 |
| | 525 Market Street, 17th Floor |
| 15 | San Francisco, CA 94105-2725 |
| | Telephone (415) 433-0990 |
| 16 | Facsimile (415) 434-1370 |
| 17 | Attorneys for Defendant |
| | TRUE MANUFACTURING |
| 18 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ABAI ALEMU and ZAFU BELETE, | Case No. CV 11-02323 ~~WHA~~   MMC |
| Plaintiff, | |
| vs. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER** |
| COCA-COLA ENTERPRISES, INC.; COCA-COLA COMPANY; TRUE MANUFACTURING CO., and DOES 1 through 50, inclusive, | |
| | **Fed.R.Civ.Proc. 41(a)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record herein, that the above-captioned action, which was consolidated with United States District Court, Northern District of California, Case No. CV 11-02323 by Court Order dated June 23, 2011, may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**IT IS SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED:  August 13, 2012        By:    /s/ **ANNA M. MARTIN**
ANNA M. MARTIN
Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (improperly sued herein as THE COCA-COLA COMPANY)

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER**

DATED:  August 13, 2012        By:    /s/ **ERIC S. WONG**
ERIC S. WONG
Attorneys for Defendant
TRUE MANUFACTURING

**LAW OFFICE OF JASON WOLFORD LLP**

DATED:  August 13, 2012        By:    /s/ **JASON N. WOLFORD**
JASON N. WOLFORD
Attorneys for Plaintiffs
ABAI ALEMU and ZAFU BELETE

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: August  21    , 2012      By: _____
UNITED STATES DISTRICT COURT JUDGE