| | |
|---|---|
| 1 | **ALPER & McCULLOCH** |
|   | DEAN A. ALPER, ESQ. - State Bar No. 117305 |
| 2 | 100 Drakes Landing Road, Suite 160 |
|   | Greenbrae, CA 94904-3120 |
| 3 | Telephone (415) 785-8814 |
|   | Facsimile (415) 785-8831 |
| 4 | |
|   | Attorney for Plaintiff |
| 5 | FARMERS INSURANCE EXCHANGE |
| 6 | **RIMAC MARTIN, P.C.** |
|   | ANNA M. MARTIN - State Bar No. 154279 |
| 7 | JOSEPH F. CHARLES - State Bar No. 228456 |
|   | 1051 Divisadero Street |
| 8 | San Francisco, California 94115 |
|   | Telephone (415) 561-8440 |
| 9 | Facsimile (415) 561-8430 |
| 10 | Attorneys for Defendants |
|    | BCI COCA-COLA BOTTLING COMPANY |
| 11 | OF LOS ANGELES (improperly sued as |
|    | THE COCA-COLA COMPANY) |
| 12 | |
|    | **LAW OFFICE OF JASON WOLFORD** |
| 13 | JASON N. WOLFORD, ESQ. - State Bar No. 194177 |
|    | 101 Tunstead Avenue |
| 14 | San Anselmo, CA 94960 |
|    | Telephone (415) 729-5529 |
| 15 | Facsimile (415) 524-4853 |
| 16 | Attorneys for Plaintiffs |
|    | ABAI ALEMU and ZAFU BELETE |
| 17 | |
|    | **COZEN O'CONNOR** |
| 18 | DAVID BRISCO, ESQ. - State Bar No. 238270 |
|    | 501 West Broadway, Suite 1610 |
| 19 | San Diego, CA 92101 |
|    | Telephone (619) 234-1700 |
| 20 | Facsimile (619) 234-7831 |
| 21 | Attorneys for Plaintiff |
|    | CNA INSURANCE COMPANY |
| 22 | |
|    | **WILSON, ELSER, MOSKOWITZ,** |
| 23 | **EDELMAN & DICKER LLP** |
|    | MICHAEL BOLECHOWSKI, ESQ. - State Bar No. 118725 |
| 24 | ERIC S. WONG, ESQ. - State Bar No. 197310 |
|    | 525 Market Street, 17th Floor |
| 25 | San Francisco, CA 94105-2725 |
|    | Telephone (415) 433-0990 |
| 26 | Facsimile (415) 434-1370 |
| 27 | Attorneys for Defendant |
|    | TRUE MANUFACTURING |
| 28 | |

1

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER    Case No. CV 11-02323-MMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE<br><br>Plaintiff,<br><br>vs.<br><br>THE COCA-COLA COMPANY and DOES 1-50,<br><br>Defendants. | Case No. CV 11-02323-MMC<br>And all consolidated cases<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER**<br><br>Fed.R.Civ.Proc. 41(a) |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record herein, that the above-captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**IT IS SO STIPULATED.**

                                              **ALPER & McCULLOCH**

DATED: August 13, 2012    By:    /S/ DEAN ALPER
                                              DEAN ALPER
                                              Attorneys for Plaintiff
                                              FARMERS INSURANCE EXCHANGE

                                              **RIMAC MARTIN, P.C.**

DATED: August 13, 2012    By:    /S/ ANNA M. MARTIN
                                              ANNA M. MARTIN
                                              Attorneys for Defendant
                                              BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (improperly sued herein as THE COCA-COLA COMPANY)

**COZEN O'CONNOR**

DATED:  August 13, 2012         By:        /s/ **DAVID BRISCO**
                                            DAVID BRISCO
                                            Attorneys for Plaintiff
                                            CNA INSURANCE COMPANY


**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER**

DATED:  August 13, 2012         By:        /s/ **ERIC S. WONG**
                                            ERIC S. WONG
                                            Attorneys for Defendant
                                            TRUE MANUFACTURING


**LAW OFFICE OF JASON WOLFORD LLP**

DATED:  August 13, 2012         By:        /s/ **JASON N. WOLFORD**
                                            JASON N. WOLFORD
                                            Attorneys for Plaintiffs
                                            ABAI ALEMU and ZAFU BELETE


**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: August  21    , 2012     By:    _____
                                            UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER     Case No. CV 11-02323-MMC